UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

_____

WESTFIELD INSURANCE CO.,

     Plaintiff,

     **V.**                                   Case No. 16-06096-CV-SJ-RK

ANGELA LANG, ET AL.,

     Defendants.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_X\_\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

     IT IS ORDERED that:

     Defendants' motions to dismiss (docs. 24, 26 & 27), are **GRANTED**. The Court abstains from exercising jurisdiction over this case, and it is hereby **DISMISSED** without prejudice. Plaintiff Westfield's motion for summary judgment (doc. 28) and Defendants' motions to stay summary judgment briefing and proceedings (doc. 31, 34 & 35) are **DENIED** as moot.

Dated: January 10, 2017                                           /s/ Paige Wymore-Wynn
                                                                                 Clerk of the Court

Entered: January 10, 2017                                         /s/ LaTandra Wheeler
                                                                                  Deputy Clerk